Joseph Kuhajda, Jr., Appellee, v. Chicago, Rock Island and Pacific Railway Company, Appellant.

Gen. No. 9,692.

opinion filed February 13, 1942. Snapp, Heise & Snapp, for appellant; Dorrance D. Snapp, William M. Garvey and Milton V. Thompson, of counsel; Faulkner & Nicholson, for appellee; James W. Faulkner and Dale G. Nicholson, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''

Ida Schwaan, Appellee, v. Eugene F. Schwaan, Jr. et al., Defendants. Eugene F. Schwaan, Jr., Appellant.

Gen. No. 42,174.

opinion filed February 20, 1942. Bell, Boyd & Marshall, for appellant; Victor M. Harding, Jr., of counsel; Hershenson & Hershenson, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''